IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RENE BABILONIA,
    Petitioner,

vs.                                      3:05cv222/LAC/MD

DONALD F. BAUKNECHT,
    Respondent.
_____

## O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on September 6, 2005, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

This case is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

DONE AND ORDERED this 7th day of October, 2005.

                                                s/*L.A. Collier*
                                              **LACEY A. COLLIER**
                                              **SENIOR UNITED STATES DISTRICT JUDGE**